**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BRUCE JONES, JR.,

                      Plaintiff,

-against-

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
                             Defendant.
-------------------------------------------------------------X

18 **CIVIL** 8035 (GWG)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated November 13, 2019, the Commissioner's motion for judgment on the pleadings is granted and Jones's motion is denied.

**Dated:** New York, New York
          November 14, 2019

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
                        **BY:**

                                            **Deputy Clerk**